IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00486-BNB

JOSE LOUIS HERRERA,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 23 2009

GREGORY C. LANGHAM
                CLERK

---

ORDER DISMISSING CASE

---

Plaintiff Jose Louis Herrera, a federal prisoner, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Correctional Institution in Greenville, Illinois. Mr. Herrera initiated this action by filing a Letter, in which he challenges the conditions of his confinement. On March 6, 2009, Magistrate Judge Boyd N. Boland entered an order finding that the Complaint is deficient and directing Mr. Herrera to cure the deficiencies.

On April 16, 2009, Mr. Herrera filed a Letter with the Court requesting that the action be dismissed. The Court must construe the Letter liberally because Mr. Herrera is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A) is

effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) ($2^d$ ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.$2^d$ 501, 507 (10th Cir. 1968).

The Court, therefore, construes the Letter as a Notice of Dismissal filed pursuant to Rule 41(a)(1)(A)(i). The file will be closed as of April 16, 2009, the date the Notice was filed with the Court. *See **Hyde Constr. Co.***, 388 F.$2^d$ at 507. Accordingly, it is

ORDERED that the Letter is construed as a Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of April 16, 2009, the date Mr. Herrera filed the Notice in this action.

DATED at Denver, Colorado, this 22 day of April, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00486-BNB

Jose Louis Herrera
Prisoner No. 32562-180
FCI - Greenville
P.O. BOX 5000
100 U.S. Highway 40
Greenville, IL 62246

Jose Louis Herrera
Prisoner No. 32562-180
FCI - Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/23/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk